ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

TERI LYNN HINKLE,            )
                             )
          Plaintiff,         )
                             )
     v.                      )    CV 311-063
                             )
NORTHLAND GROUP and          )
JOHN DOES 1 THROUGH 10,      )
                             )
          Defendants.        )

# ORDER

Plaintiff is proceeding *pro se* and *in forma pauperis* ("IFP") in the above-captioned case. On July 26, 2011, the Magistrate Judge screened her complaint pursuant to the IFP statute and issued a Report and Recommendation ("R&R") in which he recommended dismissing her complaint for failure to state a claim upon which relief may be granted. (Doc. no. 4.) In lieu of filing objections to the R&R, Plaintiff has filed a motion to voluntarily dismiss her case in its entirety. (Doc. no. 6.) As no Defendant has filed an answer or any other responsive pleading in this case, according to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff may dismiss her case without an Order from the Court. Therefore, the Clerk is **DIRECTED** to **DISMISS** this civil action without prejudice and to terminate all pending motions.

SO ORDERED this _____ day of August, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE